IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kristin Beth Guiliano aka Kristin Flasch<br>Fred G. Guiliano aka Fred G. Guiliano, Jr.<br>　　　　　　　　　　　　　　Debtor(s) | CHAPTER 7 |
| Bayview Loan Servicing as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-15CB)<br>　　　　　　　　　　　　　　Movant<br>vs. | NO. 18-12669 MDC<br><br>11 U.S.C. Section 362 |
| Kristin Beth Guiliano aka Kristin Flasch<br>Fred G. Guiliano aka Fred G. Guiliano, Jr.<br>　　　　　　　　　　　　　　Debtor(s)<br><br>Michael H. Kaliner<br>　　　　　　　　　　　　　　Trustee | |

## ORDER

AND NOW, this 11th day of July, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 109 Lilly Road, Honey Brook, PA 19344 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.~~

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

Kristin Beth Guiliano aka Kristin Flasch
109 Lilly Road
Honey Brook, PA 19344

Fred G. Guiliano aka Fred G. Guiliano, Jr.
109 Lilly Road
Honey Brook, PA 19344

Leah M Stump-Lesley, Harold Shepley & Associates LLC
3115 N. Front Street
Harrisburg, PA 17110

Michael H. Kaliner
Michael H. Kaliner Trustee
350 South Main Street, Suite 105
Doylestown, PA 18901

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532