United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-12669-mdc
Fred G. Guiliano                                                                Chapter 7
Kristin Beth Guiliano
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Jul 11, 2018
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2018.
db/jdb        +Fred G. Guiliano,   Kristin Beth Guiliano,   109 Lilly Road,   Honey Brook, PA 19344-9069
              +KML Law Group, P.C.,   Suite 5000-BNY Independence Center,   701 Market Street,
                Philadelphia, PA 19106-1538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2018 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2006-15CB) bkgroup@kmllawgroup.com
              LEAH M STUMP-LESLEY    on behalf of Joint Debtor Kristin Beth Guiliano lstump@shepleylaw.com
              LEAH M STUMP-LESLEY    on behalf of Debtor Fred G. Guiliano lstump@shepleylaw.com
              MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
              MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Kristin Beth Guiliano aka Kristin Flasch<br>Fred G. Guiliano aka Fred G. Guiliano, Jr.<br>Debtor(s) | CHAPTER 7 |
| Bayview Loan Servicing as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-15CB)<br>Movant<br>vs. | NO. 18-12669 MDC<br><br>11 U.S.C. Section 362 |
| Kristin Beth Guiliano aka Kristin Flasch<br>Fred G. Guiliano aka Fred G. Guiliano, Jr.<br>Debtor(s) | |
| Michael H. Kaliner<br>Trustee | |

## ORDER

AND NOW, this 11th day of July, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 109 Lilly Road, Honey Brook, PA 19344 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.~~

_____
United States Bankruptcy Judge.

Kristin Beth Guiliano aka Kristin Flasch
109 Lilly Road
Honey Brook, PA 19344

Fred G. Guiliano aka Fred G. Guiliano, Jr.
109 Lilly Road
Honey Brook, PA 19344

Leah M Stump-Lesley, Harold Shepley & Associates LLC
3115 N. Front Street
Harrisburg, PA 17110

Michael H. Kaliner
Michael H. Kaliner Trustee
350 South Main Street, Suite 105
Doylestown, PA 18901

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532